Proceeding via: ☐ Video Conference ☐ AT&T ☑ In Person

DOCKET No. 22mj9637  
DEFENDANT Edwin Skepple

AUSA Kedar Bhatia  
DEF.'S COUNSEL Jonathan Marvinny  
☐ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.  
DATE OF ARREST 11/30/2022  ☐ VOL. SURR.  
TIME OF ARREST 9:45 am  ☑ ON WRIT  
☐ Other: _____  
TIME OF PRESENTMENT 4:04 pm

## BAIL DISPOSITION

☐ SEE SEP. ORDER  
☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE TRANSCRIPT  
☐ DETENTION HEARING SCHEDULED FOR: _____  
☑ AGREED CONDITIONS OF RELEASE  
☐ DEF. RELEASED ON OWN RECOGNIZANCE  
☑ $ 100,000  PRB  ☑ / 1 FRP  
☐ SECURED BY $_____ CASH/PROPERTY: _____  
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ ND Ohio  
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES  
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES  
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS  
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT  
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ STAND ALONE MONITORING  
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS  ☐ GPS  
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☑ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM  
☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON _____  
+ Defendant to provide receipt  
☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET  
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____  
_____ ; REMAINING CONDITIONS TO BE MET BY: 12/7/2022

ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

Defendant shall open no new bank accounts or new lines of credit without prior approval of PTS. Request for appointment of counsel denied. Marvinny will appointed for presentment only.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY                ☐ CONFERENCE BEFORE D.J. ON _____  
☐ DEF. WAIVES INDICTMENT  
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:  
☐ IDENTITY HEARING WAIVED                ☐ DEFENDANT TO BE REMOVED  
☐ PRELIMINARY HEARING IN SDNY WAIVED     ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 12/30/2022 ☑ ON DEFENDANT'S CONSENT

DATE: 11/30/2022

_Stuart J. Aaron_  
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE   PINK – U.S. ATTORNEY'S OFFICE   YELLOW – U.S. MARSHAL   GREEN – PRETRIAL SERVICES AGENCY  
Rev'd 2016