AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> EDWIN SKEPPLE <br> *Defendant* | ) <br> ) <br> ) Case No. 1:22-mj-09637-UA <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EDWIN SKEPPLE

Date: 12/14/2022

*Attorney's signature*

PETER H. TILEM (PHT7785)
*Printed name and bar number*
Tilem & Associates, PC
188 East Post Road
White Plains, NY  10601

*Address*

ptilem@tilemlawfirm.com
*E-mail address*

(914) 833-9785
*Telephone number*

(914) 833-9788
*FAX number*