AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-mj-09637-UA |
| EDWIN SKEPPLE | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EDWIN SKEPPLE

Date: 12/23/2022

*Attorney's signature*

ROBERT SCHECHTER RS0419
*Printed name and bar number*

Tilem & Associates, PC
188 East Post Road, Suite 300
White Plains, NY 10601

*Address*

rschechter@tilemlawfirm.com
*E-mail address*

(914) 833-9785
*Telephone number*

(914) 833-9788
*FAX number*