UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

EDWIN SKEPPLE,

                Defendant.

**Order of Continuance**

**22 Mag. 9637**

---

Upon the application of the United States of America and the affirmation of Kedar S. Bhatia, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violating Title 18, United States Code, Sections 1343 and 2 in a complaint dated November 29, 2022, and was arrested on November 30, 2022;

It is further found that the defendant was presented before Magistrate Judge Stewart D. Aaron on November 30, 2022, and the defendant was ordered to be released on bail subject to certain conditions on or about the same day;

It is further found that Peter H. Tilem, Esq., and Robert M. Schechter, Esq., counsel for the defendant, and Assistant United States Attorneys Kedar S. Bhatia, Rebecca T. Dell, and Derek Wikstrom have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived her right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is:

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until January 30, 2023, and that a copy of this Order and the affirmation of Assistant United States Attorney Kedar S. Bhatia be served by email on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
December 30, 2022

*Katharine H. Parker*
United States Magistrate Judge
Southern District of New York